(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

RECEIVED 2304117PH0251 MDG7-ATH

for the

Middle District of Georgia

Appendix A

_Sonia Yvette Hunter_
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_Judge Patrick Haggard_
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _3:23-cv-45_
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Sonia Y Hunter_
Street Address _28 Smoky Trail_
City and County _Crawford GA Oglethorpe_
State and Zip Code _GA 30630_
Telephone Number _470-656-9806_
E-mail Address _Shunter579@gmail.com_

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

19

(9/16) Complaint for a Civil Case

Defendant No. 1
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Judge Patrick Haggard
Superior Court Judge
325 E. WAShington St #A 450
Athens - Clarke
Georcia, 30601
706-613-3190

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Christine M. Scartz
lawyer
215 S. Jackson St
Athens, Clarke
Georcia, 30600
706-542-2222

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

DA Thisle (superior) court
325 E. WAShington St #A 450
Athens, Clarke
Georcia, 30601
706-613-3190

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

ACCPD Ger. Xiong
officer
3035 Lexington Rd
Athens, Clarke
GA, 30605
706 613 3888

20

File: Gregory Slaney
ACCPD
officer
athens-clarke
3035 Lexington Rd
Georgia 30605
706 613 3888

(9/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sonia Y Walker is a citizen of the State of *(name)* Georgia

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Judge Patrick Haggard is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

21

(9/16) Complaint for a Civil Case

The defendant. *(name)* _____, is incorporated under
the laws of the State of *(name)* _____. and has its
principal place of business in the State of *(name)* _____
Or is incorporated under the laws of *(foreign nation)* _____
and has its principal place of business in *(name)* _____

(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at
stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Damages of being traumatized & tort of false report,
affecting alleging allegations of court also loss
of am pregnacy & injuries to my husband, I
feel that no amount can bring my baby back &
through. I am requesting $ 350.000

III.    **Statement of Claim** the suffering that my husband and I went

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

false reports by the officers, courts, DA, my lawyer manipulated
my mental heath status, I suffer PTSD, Depression, Aviety.
false imprisonment that my husband went through because of
what my lawyer said lost of my baby, caused for me to
be honeless. I am emotionally disturbed and
anxiouly injuried, resulting in my misscarrige & taken from
IV.    **Relief** my home.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

My claim for pain & suffering, pay bill to hospt
hospital from miscarridge of my baby, also
damage to my husband for traumatize him, I
was also traumatize, their there was discrimated
against my husband & myself, false imprisonment of
my husband.

22

Attachment:

I suffer from PTSD Depression and Anxiety. The police officers and my ex lawyer Plus the courts took Advantage of my mental health status. I was 8mts pregnat with my husband's child, I was tramatized and it caused me to misscarry. It also was stated in the police report that I am white and that's when they started putting false thing on the police report plus false charges on my husband. I gave the officers my husband health histry and they ingored my husband afterwards. The courts judged my husband by his prior act and I know that is unlawful.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-17-2023

Signature of Plaintiff    Sonia Young

Printed Name of Plaintiff    Sonia Young

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

**APPENDIX B**

23